UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: | NO: 11-11405 |
| JOSEPH STEGEMOLLER | CHAPTER 7 |
| NATALIE STEGEMOLLER | JUDGE PERLMAN |
| Debtors | OBJECTION TO EXEMPTIONS |

  Comes now Eric Goering, Chapter 7 Trustee, and hereby Objects to the Exemptions claimed by Debtors on the 1999 Chevrolet and the 2004 Pontiac. The Trustee states that pursuant to 2329.66(A)(2), the Debtors are allowed a $3,450 exemption on one automobile. The Debtors in this case claimed an exemption of the 2004 Pontiac Sunfire worth $3,150 as well as the 1999 Chevy S10 worth $2,775. These exemptions are above those allowed under Ohio Revised Code.

                /s/Eric W. Goering
                Eric W. Goering, Trustee #0061146
                220 W. 3rd St.
                Cincinnati, OH 45202
                513-621-0912

CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2011, a copy of the foregoing Objection to Exemptions was served on the following registered ECF participants **electronically** through the court's ECF System at the email address registered with the court:

  U.S. Trustee
  Kathryn Hapner

                /s/Eric W. Goering
                Eric W. Goering, Trustee